UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-96(01) RM |
| ) | |
| JORDAN DAVIS ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 10, 2009 [Doc. No. 25]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jordan Davis' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  December 1, 2009 

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court